| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 0971 4:22CR00031-1YGR |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 4:24-cr-00104 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of California | DIVISION Oakland |
|---|---|---|
| Ross Klinger<br><br>Lykens, Pennsylvania | NAME OF SENTENCING JUDGE The Honorable Yvonne Gonzalez Rogers | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/24/2024 — TO 01/23/2029 |

OFFENSE
Counts One through Three 18 U.S.C. § 2243 (b) Sexual Abuse of a Ward

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The client has ties to the Middle District of Pennsylvania and will not be returning to the Northern District of California.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF  California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Middle District of Pennsylvania  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 14, 2024
*Date*

*[signature]*
YVONNE GONZALEZ ROGERS
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF  Pennsylvania

IT IS HEREBY ORDERED that jurisdiction ~~over the~~ above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 18, 2024
*Effective Date*

*[signature]*
*United States District Judge*

Prepared by: 'cq